No. 911.   Silva *v.* Carter, Regional Commissioner, Immigration and Naturalization Service.   C. A. 9th Cir.   Certiorari denied.   *Marshall E. Kidder* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for respondent.

No. 917.   Elkanich *v.* United States.   C. A. 9th Cir.   Certiorari denied.   *Sol A. Abrams* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 933.   Henderson Clay Products *v.* United States.   C. A. 5th Cir.   Certiorari denied.   *Benjamin L. Bird* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 959.   Builders' Association of Kansas City *v.* Greater Kansas City Laborers District Council of the International Hod Carriers Building & Common Laborers Union of America of Greater Kansas City & Vicinity.   C. A. 8th Cir.   Certiorari denied.   *Harry L. Browne* and *Howard F. Sachs* for petitioner.   *John J. Manning* for respondent.

No. 967.   Chicago & North Western Railway Co. *v.* Rieger.   C. A. 8th Cir.   Certiorari denied.   *Arthur J. Donnelly* and *Jordan J. Hillman* for petitioner.   *Robert J. Berens* for respondent.

No. 1051, Misc.   Reed *v.* Rhay, Penitentiary Superintendent.   C. A. 9th Cir.   Certiorari denied.